**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
AMANDA MAZELLA,
*individually and on behalf of others similarly situated*,

                  Plaintiff,

    -against-                              20 **CIVIL** 5235 (NSR)

                                        **<u>JUDGMENT</u>**

THE COCA-COLA COMPANY

                  Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 12, 2021, Defendant's Motion to Dismiss is GRANTED. Plaintiff's claims against The Coca-Cola company are dismissed; accordingly, the case is closed.

**Dated:** New York, New York
       July 13, 2021

                                                  **RUBY J. KRAJICK**
                                               _____
                                               **Clerk of Court**
                             **BY:**
                                               **Deputy Clerk**